**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Anthony Bartuch |
| Debtor 2 (Spouse, if filing) | Erika Bartuch |
| United States Bankruptcy Court for the: Northern   District of | Illinois (State) |
| Case number | 17-11790 |

# Form 4100R

## Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

Court claim no. (if known):
6

**Name of Creditor:**   Freedom Mortgage Corporation

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX2521

**Property address:**       18W070 Standish Lane
                            Number        Street

                            Villa Park, IL 60181
                            City        State        ZIP Code

### Part 2:   Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim.  Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:        $ _____

### Part 3:   Post-petition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next post-petition payment from the debtor(s) is due on:        10/01/2020
                                                                       MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total post-petition payments due: | (a) $ | 0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding | +(b) $ | 1,400.00 |
| | Suspense | | (751.18) |
| c. | **Total.**  Add lines a and b | (c) $ | 648.82 |

   Creditor asserts that the debtor(s) are contractually
   Obligated for the post-petition payment(s) that first became
   Due on:                                        _____
   **The fees are from a PPFN filed on 7/28/2017.**        MM/DD/YYYY

Debtor 1      __Anthony Bartuch_____      Case number 17-11790
          First Name      Middle Name      Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

✘      ___/s/Kinnera  Bhoopal_____      Date      ___9/14/2020_____
            Signature

Print      ___Kinnera  Bhoopal_____      Title      ___Attorney for the Creditor_____
            First Name        Middle Name        Last Name

Company      ___McCalla Raymer Leibert Pierce, LLC_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      ___1 N. Dearborn Suite 1200_____
            Number          Street

            ___Chicago, IL 60602_____
            City        State        Zip Code

Contact phone      ___(312) 348-9088 X5172_____      Email      ___Kinnera.Bhoopal@mccalla.com___

|  |  |  |
|---|---|---|
| In Re: | Anthony Bartuch | Bankruptcy Case No.: 17-11790 |
|  | Erika Bartuch | Chapter: 13 |
|  |  | Judge: Honorable Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Kinnera  Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Anthony Bartuch
18W070 Standish Lane
Villa Park, IL 60181

Erika Bartuch
18W070 Standish Lane
Villa Park, IL 60181

David H Cutler                    *(served via ECF Notification)*
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Glenn B Stearns, Trustee          *(served via ECF Notification)*
801 Warrenville Road, Suite 650
Lisle, IL 60532

Patrick S Layng                   *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    9/14/2020    By:    /s/Kinnera  Bhoopal
                (date)              Kinnera  Bhoopal, Illinois BAR NO. 6295897
                                    Attorney for the Creditor

| Date | Post payment rcvd | ayment rcvd fro | TO PRINCIPAL AMT | TO INTEREST AMT | TO ESCROW AMT | TO FEE | Day Susp | Actual Sus | Paid to Date | UPB | Comments | NPC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior to BK Sus | | | | | | | | $0.00 | | $168,520.88 | | 5/1/17 $1160.22 |
| | | | | | | | | $0.00 | | $168,520.88 | | 7/1/18 $1177.89 |
| | | | | | | | | $0.00 | | $168,520.88 | | 12/1/18 $1299.05 |
| | | | | | | | | $0.00 | $0.00 | | $168,520.88 | | 12/1/19 $1306.45 |
| 5/5/2017 | $1,201.75 | | $262.88 | $544.18 | $353.16 | | $41.53 | $41.53 | 5/1/2017 | $168,258.00 | | |
| 6/6/2017 | $1,201.75 | | $263.73 | $543.33 | $353.16 | | $41.53 | $83.06 | 6/1/2017 | $167,994.27 | | |
| 7/11/2017 | $1,201.75 | | $264.58 | $542.48 | $353.16 | | $41.53 | $124.59 | 7/1/2017 | $167,729.69 | | |
| 8/7/2017 | $1,201.75 | | $265.43 | $541.63 | $353.16 | | $41.53 | $166.12 | 8/1/2017 | $167,464.26 | | |
| 8/18/2017 | | $498.38 | | | $498.38 | | $0.00 | $166.12 | | $167,464.26 | Shortage in POC | |
| 9/8/2017 | $1,201.75 | | $266.29 | $540.77 | $353.16 | | $41.53 | $207.65 | 9/1/2017 | $167,197.97 | | |
| 10/9/2017 | $1,201.75 | | $267.15 | $539.91 | $353.16 | | $41.53 | $249.18 | 10/1/2017 | $166,930.82 | | |
| 11/7/2017 | $1,201.75 | | $268.01 | $539.05 | $353.16 | | $41.53 | $290.71 | 11/1/2017 | $166,662.81 | | |
| 12/8/2017 | $1,201.75 | | $268.88 | $538.18 | $353.16 | | $41.53 | $332.24 | 12/1/2017 | $166,393.93 | | |
| 1/9/2018 | $1,201.75 | | $269.75 | $537.31 | $353.16 | | $41.53 | $373.77 | 1/1/2018 | $166,124.18 | | |
| 2/7/2018 | $1,201.75 | | $270.62 | $536.44 | $353.16 | | $41.53 | $415.30 | 2/1/2018 | $165,853.56 | | |
| 3/5/2018 | $1,201.75 | | | | | | $1,201.75 | $1,617.05 | | $165,853.56 | | |
| 3/8/2018 | | | $271.49 | $535.57 | $353.16 | | ($1,160.22) | $456.83 | 3/1/2018 | $165,582.07 | | |
| 4/6/2018 | $1,201.75 | | $272.37 | $534.69 | $353.16 | | $41.53 | $498.36 | 4/1/2018 | $165,309.70 | | |
| 5/8/2018 | $1,201.75 | | $273.25 | $533.81 | $353.16 | | $41.53 | $539.89 | 5/1/2018 | $165,036.45 | | |
| 6/5/2018 | $1,201.75 | | $274.13 | $532.93 | $353.16 | | $41.53 | $581.42 | 6/1/2018 | $164,762.32 | | |
| 7/10/2018 | $1,201.75 | | $275.02 | $532.04 | $370.83 | | $23.86 | $605.28 | 7/1/2018 | $164,487.30 | | |
| 8/7/2018 | $1,201.75 | | $275.90 | $531.16 | $370.83 | | $23.86 | $629.14 | 8/1/2018 | $164,211.40 | | |
| 9/5/2018 | $1,201.75 | | | | | | $1,201.75 | $1,830.89 | | $164,211.40 | | |
| 9/6/2018 | | | $276.79 | $530.27 | $370.83 | | ($1,177.89) | $653.00 | 9/1/2018 | $163,934.61 | | |
| 10/2/2018 | $1,201.75 | | | | | | $1,201.75 | $1,854.75 | | $163,934.61 | | |
| 10/3/2018 | | | $277.69 | $529.37 | $370.83 | | ($1,177.89) | $676.86 | 10/1/2018 | $163,656.92 | | |
| 11/2/2018 | $1,201.75 | | | | | | $1,201.75 | $1,878.61 | | $163,656.92 | | |
| 11/5/2018 | | | $278.58 | $528.48 | $370.83 | | ($1,177.89) | $700.72 | 11/1/2018 | $163,378.34 | | |
| 11/23/2018 | $957.97 | | | | $957.97 | | $0.00 | $700.72 | | $163,378.34 | Shortage paid Pmts $1219.22 | |
| 12/4/2018 | $1,220.00 | | | | | | $1,220.00 | $1,920.72 | | $163,378.34 | | |
| 12/6/2018 | | | $279.48 | $527.58 | $412.16 | | ($1,219.22) | $701.50 | 12/1/2018 | $163,098.86 | | |
| 1/3/2019 | $1,220.00 | | | | | | $1,220.00 | $1,921.50 | | $163,098.86 | | |
| 1/11/2019 | | | $280.39 | $526.67 | $412.16 | | ($1,219.22) | $702.28 | 1/1/2019 | $162,818.47 | | |
| 2/4/2019 | $1,220.00 | | | | | | $1,220.00 | $1,922.28 | | $162,818.47 | | |
| 2/5/2019 | | | $281.29 | $525.77 | $412.16 | | ($1,219.22) | $703.06 | 2/1/2019 | $162,537.18 | | |
| 3/4/2019 | $1,220.00 | | | | | | $1,220.00 | $1,923.06 | | $162,537.18 | | |
| 3/7/2019 | | | $282.20 | $524.86 | $412.16 | | ($1,219.22) | $703.84 | 3/1/2019 | $162,254.98 | | |
| 4/2/2019 | $1,220.00 | | | | | | $1,220.00 | $1,923.84 | | $162,254.98 | | |
| 4/5/2019 | | | $283.11 | $523.95 | $412.16 | | ($1,219.22) | $704.62 | 4/1/2019 | $161,971.87 | | |
| 5/2/2019 | $1,220.00 | | | | | | $1,220.00 | $1,924.62 | | $161,971.87 | | |
| 5/3/2019 | | | $284.03 | $523.03 | $412.16 | | ($1,219.22) | $705.40 | 5/1/2019 | $161,687.84 | | |
| 6/4/2019 | $1,220.00 | | | | | | $1,220.00 | $1,925.40 | | $161,687.84 | | |
| 6/5/2019 | | | $284.94 | $522.12 | $412.16 | | ($1,219.22) | $706.18 | 6/1/2019 | $161,402.90 | | |
| 7/2/2019 | $1,220.00 | | | | | | $1,220.00 | $1,926.18 | | $161,402.90 | | |
| 7/3/2019 | | | $285.86 | $521.20 | $412.16 | | ($1,219.22) | $706.96 | 7/1/2019 | $161,117.04 | | |
| 8/2/2019 | $1,220.00 | | | | | | $1,220.00 | $1,926.96 | | $161,117.04 | | |
| 8/5/2019 | | | $286.79 | $520.27 | $412.16 | | ($1,219.22) | $707.74 | 8/1/2019 | $160,830.25 | | |
| 9/4/2019 | $1,220.00 | | | | | | $1,220.00 | $1,927.74 | | $160,830.25 | | |
| 9/5/2019 | | | $287.71 | $519.35 | $412.16 | | ($1,219.22) | $708.52 | 9/1/2019 | $160,542.54 | | |
| 10/2/2019 | $1,220.00 | | | | | | $1,220.00 | $1,928.52 | | $160,542.54 | | |
| 10/3/2019 | | | $288.64 | $518.42 | $412.16 | | ($1,219.22) | $709.30 | 10/1/2019 | $160,253.90 | | |
| 11/4/2019 | $1,220.00 | | | | | | $1,220.00 | $1,929.30 | | $160,253.90 | | |
| 11/5/2019 | | | $289.57 | $517.49 | $412.16 | | ($1,219.22) | $710.08 | 11/1/2019 | $159,964.33 | | |
| 11/14/2019 | $606.81 | | | | | | $606.81 | $1,316.89 | | $159,964.33 | | |
| 11/18/2019 | | | $290.51 | $516.55 | $499.39 | | ($1,306.45) | $10.44 | 12/1/2019 | $159,673.82 | | |
| 12/3/2019 | $1,260.00 | | | | | | $1,260.00 | $1,270.44 | | $159,673.82 | | |
| 12/4/2019 | | | $291.45 | $515.61 | $463.38 | | ($1,270.44) | $0.00 | 1/1/2020 | $159,382.37 | | |
| 12/11/2019 | ($1,260.00) | | ($291.45) | ($515.61) | ($463.38) | | $10.44 | $10.44 | (1/1/20) | $159,673.82 | | |
| 12/11/2019 | ($606.81) | | ($290.51) | ($516.55) | ($499.39) | | $699.64 | $710.08 | (12/1/19) | $159,964.33 | | |
| 12/11/2019 | $606.81 | | | | $606.81 | | $0.00 | $710.08 | | $159,964.33 | Shortage paid Pmts $1255.89 | |
| 12/11/2019 | $1,260.00 | | $290.51 | $516.55 | $448.83 | | $4.11 | $714.19 | 12/1/2019 | $159,673.82 | | |
| 1/3/2020 | $1,260.00 | | | | | | $1,260.00 | $1,974.19 | | $159,673.82 | | |
| 1/6/2020 | | | $291.45 | $515.61 | $448.83 | | ($1,255.89) | $718.30 | 1/1/2020 | $159,382.37 | | |
| 2/4/2020 | $1,260.00 | | | | | | $1,260.00 | $1,978.30 | | $159,382.37 | | |
| 2/6/2020 | | | $292.39 | $514.67 | $448.83 | | ($1,255.89) | $722.41 | 2/1/2020 | $159,089.98 | | |
| 3/3/2020 | $1,260.00 | | | | | | $1,260.00 | $1,982.41 | | $159,089.98 | | |
| 3/9/2020 | | | $293.33 | $513.73 | $448.83 | | ($1,255.89) | $726.52 | 3/1/2020 | $158,796.65 | | |
| 4/2/2020 | $1,260.00 | | | | | | $1,260.00 | $1,986.52 | | $158,796.65 | | |
| 4/3/2020 | | | $294.28 | $512.78 | $448.83 | | ($1,255.89) | $730.63 | 4/1/2020 | $158,502.37 | | |
| 5/4/2020 | $1,260.00 | | | | | | $1,260.00 | $1,990.63 | | $158,502.37 | | |
| 5/5/2020 | | | $295.23 | $511.83 | $448.83 | | ($1,255.89) | $734.74 | 5/1/2020 | $158,207.14 | | |
| 6/2/2020 | $1,260.00 | | | | | | $1,260.00 | $1,994.74 | | $158,207.14 | | |
| 6/3/2020 | | | $296.18 | $510.88 | $448.83 | | ($1,255.89) | $738.85 | 6/1/2020 | $157,910.96 | | |
| 7/2/2020 | $1,260.00 | | | | | | $1,260.00 | $1,998.85 | | $157,910.96 | | |
| 7/6/2020 | | | $297.14 | $509.92 | $448.83 | | ($1,255.89) | $742.96 | 7/1/2020 | $157,613.82 | | |
| 8/3/2020 | $1,260.00 | | | | | | $1,260.00 | $2,002.96 | | $157,613.82 | | |
| 8/4/2020 | | | $298.10 | $508.96 | $448.83 | | ($1,255.89) | $747.07 | 8/1/2020 | $157,315.72 | | |
| 9/2/2020 | $1,260.00 | | | | | | $1,260.00 | $2,007.07 | | $157,315.72 | | |
| 9/3/2020 | | | $299.06 | $508.00 | $448.83 | | ($1,255.89) | $751.18 | 9/1/2020 | $157,016.66 | | |
| | | | | | | | | $0.00 | $751.18 | | $157,016.66 | | |
| | | | | | | | | $0.00 | $751.18 | | $157,016.66 | | |
| | | | | | | | | $0.00 | $751.18 | | $157,016.66 | | |